[No. 12136–1–II.   Division Two.   May 10, 1990.]

HAROLD E. WINTHER, ET AL, *Appellants,* v. NICHOLAS J. STECKLER, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–2–00256–3, Thomas R. Sauriol, J., entered July 1, 1988. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 8947–9–III.   Division Three.   May 10, 1990.]

REED DUNKLEY, ET AL, *Respondents,* v. H.C. "BUSTER" WONNACOTT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–00837–8, Richard Ennis, J. Pro Tem., entered October 29, 1987. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[Nos. 9542–8–III; 9539–8–III.   Division Three.   May 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE DENISS ROBBINS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO MENDOZA, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 88–1–00423–0, 88–1–00422–1, F. James Gavin, J., entered August 15, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.